# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 98-1469

_____

| | | |
|---|---|---|
| Judy D. Pilgrim | * | |
| | * | |
| Appellant, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the |
| | * | Western District of Arkansas. |
| Kenneth S. Apfel, Commissioner of | * | |
| Social Security Administration, | * | [UNPUBLISHED] |
| | * | |
| Appellee. | * | |

_____

Submitted:  December 3, 1998
Filed:  December 8, 1998

_____

Before FAGG, BEAM, and LOKEN, Circuit Judges.

_____

PER CURIAM.

Judy D. Pilgrim appeals the district court's[1] judgment affirming the Social Security Commissioner's decision to deny Pilgrim's application for disability insurance benefits.  Having carefully reviewed the record and the parties' briefs, we conclude that substantial evidence supports the findings of the administrative law judge, and the

_____

[1]The Honorable H. Franklin Waters, United States District Judge for the Western District of Arkansas, adopting the report and recommendations of the Honorable Beverly R. Stites, United States Magistrate Judge for the Western District of Arkansas.

administrative law judge did not otherwise err.  Accordingly, we affirm.  <u>See</u> 8th Cir. R. 47B.

      A true copy.

      Attest:

          CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.